UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ONOFRE T. SERRANO, | ) | No. CV 12-10956-VBF (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| PRENTICE HILL, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order accepting findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  July 3, 2014

_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE